IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAURIE PEEL,

    Plaintiff,

vs.                                 CASE NO. 5:10cv96/RS-AK

THE BANK OF BONIFAY,

    Defendant.
_____/

## ORDER

Before me is Plaintiff's Response To Order To Show Cause (Doc. 5).

**IT IS ORDERED:**

1. This case is stayed until February 5, 2011, or until notice from the Receiver of disallowal of Plaintiff's proof of claim, whichever occurs first.

2. Plaintiff shall complete service of the complaint upon the Receiver not later than thirty days after the termination of the stay.

**ORDERED** on September 7, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**