**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

LAURIE PEEL,

        Plaintiff,

vs.                                    CASE NO. 5:10cv96/RS-GRJ

THE BANK OF BONIFAY,

        Defendant.

_____/

## ORDER

Before me is Plaintiff's Second Report Of Case Status (Doc. 11).  Pursuant to Local Rule 16.2(D), it is ordered:

1.      This case is dismissed from the active docket of the court.

2.      In the event that the settlement is not consummated, the court reserves jurisdiction, upon motion filed by any party within sixty days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

3.      The clerk is directed to close the file of this case for administrative purposes, and upon the expiration of sixty days without activity, the clerk is directed to close the case in its entirety for all purposes.

        **ORDERED** on February 24, 2011.


                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**